1
**NOTC**
**LOREN S. YOUNG, ESQ**.
2
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
4
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
5
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
6
Attorneys for Defendant, TD BANK/TARGET
7

8

9                          UNITED STATES DISTRICT COURT

10                              DISTRICT OF NEVADA

11

12  LUBA DACE, PHILIP DACE,                                CASE NO:
                                        Plaintiffs,
13                    -against-
                                                           **NOTICE OF REMOVAL**
14  TD BANK/TARGET,
                                        Defendant.
15

16  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

17          **PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant

18  TD Bank USA, N.A. ("TD Bank" or "Defendant")[1] hereby gives notice of the removal of this action

19  from the District Court for Clark County, Nevada where it is now pending, to the United States

20  District Court for the District of Nevada. In support of this Notice of Removal, Defendant states:

21          1.      Plaintiff filed an Amended Complaint ("Complaint") styled *Luba Dace, Philip Dace*

22  *v. TD Bank/Target*, bearing Case No. A-23-876885-C, before the District Court for Clark County,

23  Nevada. A copy of the Complaint is annexed hereto as Exhibit A.

24          2.      TD Bank received notice of the Amended Complaint on or about October 9, 2023.

25          3.      In sum and substance, the Amended Complaint alleges that TD Bank failed to

26  validate a debt owed by Plaintiffs despite Plaintiffs' repeated efforts to validate same, in violation of

27  the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"). Accordingly, this

28
---
[1] Defendant was incorrectly named in the case caption as "TD Bank/Target." TD Bank USA, N.A. is the entity that issued the Plaintiffs' accounts (the "Accounts") and is the proper Defendant in this action. Target Corporation ("Target") is the servicer of the Accounts.

1

1  action may be removed pursuant to 28 U.S.C. § 1441(a) as this Court has federal question

2  jurisdiction under 28 U.S.C. § 1331.

3       4.      Additionally, the Court has supplemental jurisdiction over any state law claims, to the

4  extent such claims exist, pursuant to 28 U.S.C. § 1367.

5       5.      This Notice of Removal is timely filed within thirty (30) days after Defendant

6  received a copy of the pleadings setting forth the claims for relief and existence of federal question

7  jurisdiction. 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526

8  U.S. 344, 348-49 (1999).

9       6.      A civil cover sheet and the payment of the required filing fee accompanies this

10 Notice.

11      7.      Written notice of this Notice of Removal will be filed in the District Court for Clark

12 County, Nevada.

13      8.      TD Bank makes no admission of liability by this Notice of Removal and expressly

14 reserves its right to raise all defenses and objections to Plaintiff's claims after the action is removed

15 to the above Court, including, without limitation, any objections to the merits and sufficiency of the

16 pleadings asserted by Plaintiff.

17      **WHEREFORE**, Defendant TD Bank respectfully requests that this action be removed from

18 the District Court for Clark County, Nevada to the United States District Court for the District of

19 Nevada.

20      Dated this 3rd day of November, 2023.

21                                LINCOLN, GUSTAFSON & CERCOS, LLP

22

23      By: */s/ Loren S. Young*
                                 Loren S. Young, Esq.
24                               7670 W Lake Mead Blvd., Suite 200
                                 Las Vegas, NV 89128
25                               lyoung@lgclawoffice.com
                                 *Attorneys for Defendant*
26                               *TD Bank USA, N.A.*

27

28

78635\315002228.v1

**Luba Dace and Philip Dace v. TD Bank**
**U.S.D.C. Case No.:**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LINCOLN, GUSTAFSON & CERCOS, LLP, and that on this 3rd day of November, 2023, I did cause a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be served via U.S Postal Service and E-mail to the parties listed below:

> Luba Dace, Plaintiff pro se
> Philip Dace, Plaintiff pro se
> 6255 W Arby Ave 184
> Las Vegas, NV 89118
> dacefamilytrust@gmail.com

*/s/ Cheryl Giammona*
Cheryl Giammona, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP