# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUBA DACE, et al., | ) |
|                Plaintiffs, | ) Case No.: 2:23-cv-01806-GMN-DJA |
| vs. | ) |
| TD Bank/Target, | ) **ORDER ADOPTING REPORT & RECOMMENDATION** |
|                Defendants. | ) |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 13), of United States Magistrate Judge Albregts, which recommends granting Defendant TD Bank/Target's Motion to Dismiss, (ECF No. 6), and giving Plaintiffs Luba Dace and Philip Dace leave to amend their Complaint, (ECF No. 1-1).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

No. 13) (setting an April 24, 2024, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 13), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that TD Bank/Target's Motion to Dismiss, (ECF No. 6), is **GRANTED**. Plaintiffs shall have twenty-one (21) days from the date of this Order to file an amended complaint. Any amended complaint should remedy the deficiencies identified in the Magistrate Judge's Report and Recommendation. Failure to file an amended complaint by this date shall result in the Court dismissing this case with prejudice.

Dated this 26 day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court